PAUL KRISCH, Respondent, v. GERTRUDE HAAS, Now Known as GERTRUDE MAGNER, Appellant.— Order denying defendant's motion to dismiss the complaint pursuant to subdivision 7 of rule 107 of the Rules of Civil Practice, affirmed, but without costs, inasmuch as the respondent did not appear or submit a brief on this appeal. Defendant may answer within ten days from the entry of the order herein. No opinion. Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ., concur.

MARY LAWTON, Appellant, v. THE CITY OF NEW YORK, Respondent.— Appeal from judgment dismissing complaint at the close of plaintiff's case in action to recover damages for personal injuries claimed to be due to ice on a sidewalk, formed from water leaking from a city hydrant. Plaintiff was not guilty of contributory negligence as a matter of law. Facts were proved which required the submission of the case to the jury. Judgment reversed on the law and a new trial granted, with costs to appellant to abide the event. Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ., concur.

LAWYERS TITLE AND GUARANTY COMPANY, in Rehabilitation, Respondent, v. FIFTY-SIXTH STREET CONSTRUCTION COMPANY, INC., and Others, Defendants, and IRVING BIERSUCK and ADA LEFF, Appellants.— Motion by certain defendants in a mortgage foreclosure action to extend the receivership obtained by plaintiff to the mortgage of the defendants-appellants, which was subordinated by a written instrument to the lien of the plaintiff's mortgage. Cross-motion by plaintiff to strike out the defenses and counterclaims interposed by these defendants and for summary judgment. These defenses and counterclaims were based on the theory of conspiracy and fraud in making the appraisal as a basis for the loan made by the plaintiff for which the mortgage was given and that said loan was not made " in good faith." No proof was offered that the loan was not made for the full amount. Resettled order of February 5, 1935, denying the motion of defendants-appellants to extend the receivership and granting plaintiff's motion for summary judgment affirmed, with ten dollars costs and disbursements. The appeal from the order of January 11, 1935, is dismissed as that order became merged in the resettled order. Lazansky, P. J., Carswell, Tompkins, Davis and Johnston, JJ., concur.

DANIEL LONDON, Appellant, v. MOSES HARRIS, Respondent.— Action on a lease, to which there was a plea of the Statute of Limitations. The question involved was whether the lease was or was not under seal. The question of fact was resolved in favor of defendant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

JOHN P. MAGNER, Appellant, v. ROBERT Y. CLARK and Others, Respondents.— In an action to recover damages alleged to have been sustained through a conspiracy, order dated May 3, 1935, granting, upon terms, plaintiff's motion to open his default, to vacate and set aside the dismissal of the complaint and to restore the case to the trial calendar, and order dated June 1, 1935, reciting plaintiff's failure to comply with the terms of the order of May 3, 1935, and in all respects denying his motion, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ., concur.